UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:23-CR-00119-FWS-1 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| MITZARY ROJAS SALGADO, | |
| Defendant. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the reasons stated on the record during the hearing, including the fact that defendant submits to detention, the allegations in the violation report of drug use and failure to comply with probation officer instructions, the lack of verified background, defendant's criminal history, pretrial services recommendation of detention, and the allegation that defendant absconded for more than a year. All of which reflect unwillingness to comply with the terms of probation.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: May 15, 2026

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2